# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**UNITED STATES OF AMERICA,**

   V.        CASE NUMBER: **05-C-104**
                     **(01-Cr-113)**

**JAIME MARQUEZ**,

      Movant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Jaime Marquez's petition pursuant to Title 28, United States Code, Section 2255, is DISMISSED as untimely. This case is hereby DISMISSED.**

  **April 13, 2006**               **SOFRON B. NEDILSKY**
Date                        Clerk

                      s/ Linda M. Zik
                      (By) Deputy Clerk